# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

142416(33)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL TODD DAVIS,
      Defendant-Appellant.

SC: 142416
COA: 298318
Macomb CC: 2006-001180-FH
2006-001181-FH; 2006-001182-FH
2006-001183-FH; 2006-001528-FH

_____/

     On order of the Court, the motion for reconsideration of this Court's July 25, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

             Clerk

h0919